No. 2986. VÉLEZ, APELADO, *v.* COLÓN, APELANTE. — Corte de Distrito de Ponce. Resuelto en marzo 8, 1923. Memo-

rándum de costas. Examinada la moción de desestimación presentada por el apelado y la impugnación hecha por el apelante, se declara con lugar y se desestima la apelación.